IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN PAUL McCARY, #246384, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 2:09cv405-WHA |
| | ) |
| LT. STEELE, et al., | )  (WO) |
| | ) |
| Defendants. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #45), entered on November 24, 2009, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice. Final Judgment will be entered accordingly.

DONE this 14th day December, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE