IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN PAUL McCARY, #246384, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:09cv405-WHA |
| | ) | |
| LT. STEELE, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of all Defendants and against the Plaintiff, Stephen Paul McCary, and this case is DISMISSED without prejudice.

DONE this 14th day December, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE